PER CURIAM.
 

 The appellant’s counsel filed a brief pursuant to
 
 Anders v. California,
 
 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We affirm the appellant’s conviction and sentence, but reverse and remand for correction of a scrivener’s error.
 

 The jury found the appellant guilty of section 810.02(3)(a), Florida Statutes, burglary of a dwelling. The trial court properly pronounced judgment, but the written judgment indicates that the appellant was
 
 *934
 
 convicted of section 810.02(2)(b), Florida Statutes. The trial court is therefore directed to conform the written judgment to its oral pronouncement.
 

 WEBSTER, BENTON, and ROBERTS, JJ., concur.